**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

BYRON L. WALLACE,
ADC #107098                                                                                                    PLAINTIFF

v.                                              5:13CV00155-SWW-JTK

WENDY KELLEY, et al.                                                                                DEFENDANTS

**ORDER**

By Order dated May 29, 2013 (Doc. No. 4), this Court granted Plaintiff's Motion to Proceed in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. However, finding Plaintiff's Complaint too vague and conclusory to enable the Court to determine whether it is frivolous, fails to state a claim, or states a legitimate claim, the Court directed him to submit an Amended Complaint within thirty days. The Court also cautioned Plaintiff that an Amended Complaint would render the Original Complaint without legal effect, and would take the place of his Original Complaint. Plaintiff has now submitted an Amended Complaint (Doc. No. 5). Having reviewed the Amended Complaint for screening purposes only,[1] it now appears to the Court that service is appropriate for Defendants Moore, Warren, May, Lay, and Bland. Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the Defendants Moore, Warren, May, Lay, and Bland. The Clerk of the Court shall prepare summons for the Defendants and the United States Marshal is hereby directed to serve a copy of the Amended Complaint (Doc. No. 5) and summons on Defendants May and Lay in care of the Arkansas Board of Correction and Community Punishment Compliance Division, P.O. Box 20550, Pine Bluff, AR 71612-0550,

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. Sect. 1915A(a).

without prepayment of fees and costs or security therefore.   The United States Marshal is directed to serve a copy of the Amended Complaint (Doc. No. 5) and summons on the Defendants Moore, Warren, and Bland in care of Humphries and Lewis Law Firm, P.O. Box 20670, White Hall, AR 71612, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 6th day of June, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE