**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

BYRON L. WALLACE,
ADC #107098                                                                              PLAINTIFF

v.                                        5:13CV00155-SWW-JTK

WENDY KELLEY, et al.                                                      DEFENDANTS

## ORDER

The Court has received proposed findings and partial recommendations from United States Magistrate Judge Jerome T. Kearney.   After a review of those proposed findings and recommendations, and the timely objections received thereto,  as well as a <u>de novo</u> review of pertinent portions of the record, the Court adopts the partial report and recommendations in their entirety.  Accordingly,

IT IS, THEREFORE, ORDERED that Defendants Kelley, Austin, Morgan, Mizell, Esau, and White are DISMISSED from this action based on Plaintiff's  failure to state a claim upon which relief may be granted.

IT IS SO ORDERED THIS 18TH DAY OF JUNE, 2013.


<u>/s/Susan Webber Wright</u>

UNITED STATES DISTRICT JUDGE