**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

BYRON L. WALLACE,                                                              PLAINTIFF
ADC #107098

v.                                           5:13CV00155-SWW-JTK

WENDY KELLEY, et al.                                                          DEFENDANTS

## ORDER

  Plaintiff shall file a Response to Defendants' Motion to Compel (Doc. No. 44) within ten

days of the date of this Order.  Failure to respond may result in the dismissal without prejudice, for

failure to prosecute.  <u>See</u> Local Rule 5.5(c)(2).

  IT IS SO ORDERED this 8th day of October, 2013.

_____
  JEROME T. KEARNEY
  UNITED STATES MAGISTRATE JUDGE