**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

BYRON L. WALLACE,                                                                PLAINTIFF
ADC #107098

v.                         5:13CV00155-SWW-JTK

WENDY KELLEY, et al.                                        DEFENDANTS

**ORDER**

Plaintiff shall file a Response to Defendants' Motion to Compel (Doc. No. 44) within ten days of the date of this Order. Failure to respond may result in the dismissal without prejudice, for failure to prosecute. See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 8th day of October, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE