**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

BYRON L. WALLACE,
ADC #107098                                                                           PLAINTIFF

5:13CV00155-SWW-JTK

WENDY KELLEY, et al.                                                           DEFENDANTS

**<u>JUDGMENT</u>**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and

Adjudged that this case be, and it is hereby, DISMISSED.  The relief sought is denied.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 7th day of May, 2014.


<u>/s/Susan Webber Wright</u>
UNITED STATES DISTRICT JUDGE

1